BEFORE THE SECOND DIVISION, JANUARY 14, 1969

No. **P69/25.**—Midwest Enterprises, Inc., and Henry A. Wess, Inc. *v.* United States, protest 67/90375 (Cleveland).

Forp, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of "Totalia" Model calculators similar in all material respects to those the subject of *Clary Corp. et al.* v. *United States* (48 Cust. Ct. 416, Abstract 66690) and *United States* v. *Air-Sea Forwarders, Wholesale Business Machines, et al.* (54 CCPA 67, C.A.D. 907), the claim of the plaintiffs was sustained.